USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/19/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

EDITHA LOPEZ QUIRINO,

              Plaintiff,

-against-

THE NEW JEWISH HOME, et al.,

              Defendants.

---

19cv05778 (PAE) (DF)

**ORDER**

**DEBRA FREEMAN, United States Magistrate Judge:**

This Court having held an initial pretrial conference on November 14, 2019, with plaintiff Editha Lopez Quirino ("Plaintiff"), who is proceeding *pro se*, and counsel for Defendant The New Jewish Home ("Defendant"); it is hereby ORDERED, as stated at the conference, that:

1. Plaintiff's opposition to Defendant's pending motion to dismiss the Complaint shall be filed no later than December 6, 2019. All filings by Plaintiff should be directed to the Court's *Pro Se* Office. The address for that office is:

> United States District Court, S.D.N.Y.
> *Pro Se* Intake Unit
> U.S. Courthouse
> 40 Centre Street, Room 105
> New York, New York 10007

2. All discovery in this action shall be stayed pending resolution of the motion to dismiss or further Order of the Court.

3. The parties are directed to confer in good faith regarding the potential for settlement of this action, and to inform this Court whether they would like a referral to the Court's Mediation Program for *Pro Se* Employment Discrimination Cases – a program in which *pro bono* counsel are available to represent *pro se* plaintiffs (without charge), for purposes of mediation. The parties are directed to keep the Court informed of the status of their settlement

efforts, although they should not place the specifics of their settlement positions on the public Docket.

4. Apart from participating in the mediation program, Plaintiff may also wish to make an appointment with the legal clinic that is present in this District to assist people who are parties in civil cases and do not have lawyers. The Clinic is run by a private organization called the New York Legal Assistance Group; it is not part of, or run by, the Court (and, among other things, it therefore cannot accept filings on behalf of the Court, which must still be made by any unrepresented party through the Court's *Pro Se* Office, as noted in paragraph 1, above). The Clinic is located in the U.S. Courthouse at 40 Centre Street, New York, New York 10007, in Room LL22, which is just inside the Pearl Street entrance to that Courthouse. The Clinic is open on weekdays from 10:00 a.m. to 4:00 p.m., except on days when the Court is closed. An unrepresented party can make an appointment in person or by calling the Clinic at (212) 659-6190.

Dated: New York, New York
November 19, 2019

SO ORDERED

DEBRA FREEMAN
United States Magistrate Judge

Copies to:

Ms. Editha Lopez Quirino
308 West 105th Street
Unit C
New York, NY 10025

Defendant's counsel (via ECF)