UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDITHA LOPEZ QUIRINO,

                              Plaintiff,                19 Civ. 5778 (PAE)(DCF)

-v-

                                                           ORDER

THE NEW JEWISH HOME, et al.

                              Defendants.

PAUL A. ENGELMAYER, District Judge:

On December 12, 2019, Magistrate Judge Freeman referred this matter to mediation, Dkt. 26, after both parties expressed an interest in resolving their dispute in that manner, *see* Dkts. 23 & 24. In light of this development, defendants' motion to dismiss, Dkt. 11, is hereby denied without prejudice. Defendants may re-file their motion if mediation proves unsuccessful.

The Clerk of Court is respectfully directed to mail a copy of this Order to plaintiff.

SO ORDERED.

                                                                    PAUL A. ENGELMAYER
                                                                    United States District Judge

Dated: December 12, 2019
         New York, New York