UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------

EDITHA LOPEZ QUIRINO,

                              Plaintiff,

        -against-

THE NEW JEWISH HOME, *et al.,*

                              Defendants.

---------------------------------------------------------------

19cv05778 (PAE) (DF)

**SCHEDULING ORDER**

**DEBRA FREEMAN, United States Magistrate Judge:**

This employment-discrimination case having been referred to this Court on May 12, 2021, by the Honorable Paul A. Engelmayer, U.S.D.J., for a report and recommendation on the pending motion of defendant The New Jewish Home ("Defendant") to dismiss the Amended Complaint (*see* Dkt. 50 (Order of Reference); Dkt. 47 (Notice of Motion)); and the Docket reflecting that plaintiff Edith Lopez Quirino ("Plaintiff"), who is counseled in this case, has submitted no opposition to Defendant's motion to dismiss, even though that motion was filed several months ago; it is hereby ORDERED as follows:

1.      Plaintiff is directed to file her opposition to the motion to dismiss no later than November 19, 2021.  Plaintiff is cautioned that, if she fails to file an opposition to Defendant's motion by November 19, 2021, then this Court may recommend to Judge Engelmayer that her Amended Complaint be dismissed for failure to prosecute.

2.      Defendant shall serve and file a reply, if any, no later than December 3, 2021.

Dated: New York, New York
         October 29, 2021

                                        SO ORDERED

                                        _____
                                        DEBRA FREEMAN
                                        United States Magistrate Judge

2

Copies to:

All counsel (via ECF)