# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

EDITHA LOPEZ QUIRINO,

                          Plaintiff,                    19 **CIVIL** 5778 (PAE) (DF)

           -against-                           **JUDGMENT**

THE NEW JEWISH HOME, et al.,

                         Defendants.

-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated January 14, 2022, the Court grants TNJH's Motion and dismisses Quirino's amended complaint; accordingly, the case is closed.

**Dated:** New York, New York
          January 18, 2022

                                                      **RUBY J. KRAJICK**
                                                         _____
                                                           **Clerk of Court**
                                    **BY:**
                                                            **Deputy Clerk**